# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Cogan, Brian M. | 2. Court or Organization<br><br>U.S. District Court, ED of NY | 3. Date of Report<br><br>05/11/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>US Courthouse<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of the Board of Trustees | Brooklyn Queens Conservatory of Music |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Hogan Lovells US LLP, Attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | February 14 to February 21, 2015 | Casa de Campo, La Romana, Dominican Republic | the 2015 Winter Bench & Bar Conference | Transportation, meals and hotel |
| 2. | Federal Judicial Center | November 26, 2014 | New York, New York | Preparation of 2013 FDR | Professional fees |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/11/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Amex Platinum | Credit Card | L |
| 2. | Chase Visa | Credit Card | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMorgan Chase Bank account | A | Interest | M | T | | | | | |
| 2. Compark Owners Corp., stock, (preferred) | A | Dividend | J | U | | | | | |
| 3. Brokerage Account #8 (H) | | | | | | | | | |
| 4. - JP Morgan TR I NY Muni Money MKT Fund | A | Dividend | J | T | | | | | |
| 5. - Franklin Templeton Funds NY Tax Free Income | A | Dividend | K | T | | | | | |
| 6. Brokerage Account #10 (H) | | | | | | | | | |
| 7. - Causeway International Value Fund | A | Dividend | J | T | | | | | |
| 8. - Cullen High Dividend Equity Fund | A | Dividend | J | T | | | | | |
| 9. - Davis New York Venture Fund Inc. Cl A | | None | | | Sold | 02/13/14 | J | B | |
| 10. - Doubleline FDS TR Total Return BD FD CL N | A | Dividend | K | T | | | | | |
| 11. - Oakmark International Fund | A | Dividend | J | T | | | | | |
| 12. - Guggenheim Mid Cap Value | B | Dividend | J | T | | | | | |
| 13. - JH Large CAP Equity FD CL A | A | Dividend | J | T | Buy | 02/14/14 | J | | |
| 14. - AMG Southernsun US Equity | A | Dividend | J | T | Buy | 05/23/14 | J | | |
| 15. - Oppenheimer International Growth Fund Cl A | A | Dividend | J | T | | | | | |
| 16. - Ishares Trust Russell Midcap Index Fund (ETFS) | A | Dividend | J | T | | | | | |
| 17. - Ishares Russell 2000 Growth Index Fund (ETFS) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Ishares Core US Aggregate Bd (Formerly Ishares Core Total US Bd) | A | Dividend | J | T | | | | | see note in Part VIII |
| 19. -Ishares US Basic Materials | A | Dividend | J | T | | | | | |
| 20. - Janus Invt Fund | C | Dividend | J | T | | | | | |
| 21. - JPMorgan TR I Prime Money Mkt FD | A | Dividend | J | T | | | | | |
| 22. - PIMCO High Yield Fund Cl A | B | Dividend | K | T | | | | | |
| 23. - Powershares DB Commodity Index | | None | J | T | | | | | |
| 24. - SPDR Dow Jones REIT | A | Dividend | J | T | | | | | |
| 25. - SPDR SER TR | | None | | | Sold | 05/23/14 | J | A | |
| 26. - SPDR Gold TR | | None | J | T | | | | | |
| 27. - Thornburg Intl Value Fund (Y) | | | | | | | | | |
| 28. Brokerage Account #16 (H) | | | | | | | | | |
| 29. - JPMorgan Money Martket (X) | | None | J | T | | | | | |
| 30. - Alger Capital Appreciation Instl Portfolio | C | Dividend | | | Closed | 12/31/14 | K | | |
| 31. - AMG Southernsun US Equity (Formerly Northern LTS FD TR Southernsun ) | A | Dividend | | | Buy (add'l) | 08/12/14 | J | | see note in Part VIII |
| 32. | | | | | Closed | 12/31/14 | K | | |
| 33. -AMG Yacktman Focused (Formerly Managers AMG FDS) | B | Dividend | | | Closed | 12/31/14 | K | | see note in Part VIII |
| 34. - Artisan International Value Fund Inv Shs | C | Dividend | | | Buy (add'l) | 02/24/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Closed | 12/31/14 | K | | |
| 36.  - Baron Asset Fd I Opportunity Fund | | None | | | Buy (add'l) | 01/06/14 | J | | |
| 37. | | | | | Sold | 08/12/14 | K | D | |
| 38.  - Columbia FDS SER TR Small Cap Value II FD | B | Dividend | | | Closed | 12/31/14 | K | | |
| 39.  - Columbia FDS SER TR II MASS Select Large Cap Value | B | Dividend | | | Closed | 12/31/14 | L | | |
| 40.  - Cullen High Dividend Equity Fund | A | Dividend | | | Closed | 12/31/14 | K | | |
| 41.  - Eaton Vance Mut FDS TR FLTG Rate Fd | A | Dividend | | | Sold | 05/15/14 | K | A | |
| 42.  - Oakmark International Fund | B | Dividend | | | Buy (add'l) | 01/07/14 | J | | |
| 43. | | | | | Closed | 12/31/14 | K | | |
| 44.  - Guggenheim Mid Cap Value | | None | | | Sold | 08/13/14 | K | D | |
| 45.  -Ishares Russell Mid Cap ETF | A | Dividend | | | Buy | 08/13/14 | K | | |
| 46. | | | | | Closed | 12/31/14 | K | | |
| 47.  - Ishares Core S&P Small Cap | A | Dividend | | | Buy | 08/13/14 | J | | |
| 48. | | | | | Closed | 12/31/14 | J | | |
| 49.  - Ishares Trust Russell 1000 Growth Index | A | Dividend | | | Closed | 12/31/14 | K | | |
| 50.  - Ishares US Basic Materials | A | Dividend | | | Closed | 12/31/14 | K | | |
| 51.  - Ishares NASDAQ Biotechnology Index Fd | A | Dividend | | | Sold (part) | 01/07/14 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Closed | 12/31/14 | K | | |
| 53.  - JPMorgan TR I Tax Free Money Mkt Fd | A | Dividend | | | Sold | 12/31/14 | J | A | |
| 54.  -JPMorgan TR I Strategic Incm | B | Dividend | | | Buy (add'l) | 02/21/14 | J | | |
| 55. | | | | | Closed | 12/31/14 | M | | |
| 56.  -Lazard Emerging Markets Port Open SHS | A | Dividend | | | Closed | 12/31/14 | K | | |
| 57.  - Lord Abbett Short Duration Income Fund | B | Dividend | | | Closed | 12/31/14 | L | | |
| 58.  - Managed Portfolio Ser Tortois MLP & Pipeline FD inv | C | Dividend | | | Buy (add'l) | 02/24/14 | K | | |
| 59. | | | | | Closed | 12/31/14 | L | | |
| 60.  -Manning and Napier Fund World Opportunities | | None | | | Sold | 01/03/14 | K | B | |
| 61.  -Matthews Pacific Tiger Fund | C | Dividend | | | Buy (add'l) | 01/07/14 | J | | |
| 62. | | | | | Closed | 12/31/14 | K | | |
| 63.  -Oppenheimer International Growth Fund- CL A | A | Dividend | | | Buy (add'l) | 05/19/14 | K | | |
| 64. | | | | | Closed | 12/31/14 | L | | |
| 65.  - Payden Invt Group High Income Fd | C | Dividend | | | Closed | 12/31/14 | K | | |
| 66.  PIMCO Income Fund Class D | B | Dividend | | | Buy | 05/16/14 | K | | |
| 67. | | | | | Closed | 12/31/14 | K | | |
| 68.  - SPDR SER TR | A | Dividend | | | Sold | 05/19/14 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -SPDR Dow Jones REIT ETF | A | Dividend | | | Buy | 08/15/14 | K | | |
| 70. | | | | | Closed | 12/31/14 | K | | |
| 71. - Sector SPDR Trust SHS Ben Int Industrial | A | Dividend | | | Closed | 12/31/14 | K | | |
| 72. - Sector SPDR Trust SHS Ben Int Technology | A | Dividend | | | Closed | 12/31/14 | K | | |
| 73. - Sector SPDR - Financial SHS BEn Int | A | Dividend | | | Closed | 12/31/14 | K | | |
| 74. -Wasatch Advisors Funds Inc Small Cap | | None | | | Sold | 08/13/14 | J | C | |
| 75. Brokerage Statement #17 (H) | | | | | | | | | |
| 76. - JPMorgan Money Market (X) | | None | J | T | | | | | |
| 77. - Alger Capital Appreciation Instl Portfolio | C | Dividend | | | Closed | 12/31/14 | K | | |
| 78. - AMG Southernsun US Equity (Formerly Northern LTS FD TR Southernsun ) | B | Dividend | | | Buy (add'l) | 08/13/14 | K | | see note in Part VIII |
| 79. | | | | | Closed | 12/31/14 | K | | |
| 80. -AMG Yacktman Focused (Formerly Managers AMG FDS) | B | Dividend | | | Closed | 12/31/14 | K | | see note in Part VIII |
| 81. - Artisan International Value fund Inv Shs | C | Dividend | | | Buy (add'l) | 02/21/14 | J | | |
| 82. | | | | | Closed | 12/31/14 | K | | |
| 83. -Baron Asset Fd I Opportunity fd | | None | | | Sold | 08/13/14 | K | D | |
| 84. - Columbia FDS SER TR Small Cap Value II FD CL A | B | Dividend | | | Closed | 12/31/14 | J | | |
| 85. - Columbia FDS SER TR II Mass Select Large Cap Value | B | Dividend | | | Closed | 12/31/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Cullen High Dividend Equity Fund | B | Dividend | | | Closed | 12/31/14 | K | | |
| 87. -Causeway International Value Fund Investor Class | A | Dividend | | | Closed | 12/31/14 | J | | |
| 88. - Eaton Vance Mut FDS TR | A | Dividend | | | Sold | 05/15/14 | K | A | |
| 89. - Doubleline FDS TR Total Return BD FD CL | A | Dividend | | | Sold | 01/03/14 | K | A | |
| 90. - Guggenheim Mid Cap Value | | None | | | Sold | 08/13/14 | K | C | |
| 91. - Ishares Core S&P Small Cap ETF | A | Dividend | | | Buy | 01/07/14 | K | | |
| 92. | | | | | Closed | 12/31/14 | K | | |
| 93. - Ishares Trust Russell 1000 Growth Index | A | Dividend | | | Closed | 12/31/14 | K | | |
| 94. - Ishares NASDAQ Biotechology Index Fd | A | Dividend | | | Sold (part) | 01/07/14 | J | C | |
| 95. | | | | | Closed | 12/31/14 | K | | |
| 96. - Ishares Russell Mid Cap ETF | A | Dividend | | | Buy | 08/18/14 | K | | |
| 97. | | | | | Closed | 12/31/14 | K | | |
| 98. - Ishares US Basic Materials | A | Dividend | | | Closed | 12/31/14 | K | | |
| 99. JPMorgan TR 1 Tax Free Money Mkt Fund | A | Dividend | | | Sold | 12/31/14 | J | A | |
| 100. -JPMorgan TR 1 Strategic Income Opptys | B | Dividend | | | Buy (add'l) | 02/24/14 | J | | |
| 101. | | | | | Closed | 12/31/14 | M | | |
| 102. -Lazard Emerging Markets Port Open SHS | A | Dividend | | | Closed | 12/31/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Lord Abbett Short Duration Income Fund CL A | C | Dividend | | | Closed | 12/31/14 | L | | |
| 104. - Managed Portfolio Ser Tortois MLP & Pipeline Fd Inv | C | Dividend | | | Buy (add'l) | 02/24/14 | K | | |
| 105. | | | | | Closed | 12/31/14 | L | | |
| 106. - Manning and Napier Fund World Opportunities Ser CL A | | None | | | Sold | 01/03/14 | J | B | |
| 107. - Matthews Pacific Tiger Fund | B | Dividend | | | Closed | 12/31/14 | K | | |
| 108. - Oakmark International Fund | B | Dividend | | | Buy (add'l) | 01/03/14 | J | | |
| 109. | | | | | Closed | 12/31/14 | K | | |
| 110. -Oppenheimer International Growth Fund- CL A | A | Dividend | | | Buy (add'l) | 05/19/14 | K | | |
| 111. | | | | | Closed | 12/31/14 | L | | |
| 112. PIMCO Income Fund Class D | C | Dividend | | | Buy | 05/16/14 | L | | |
| 113. | | | | | Closed | 12/31/14 | L | | |
| 114. - SPDR Dow Jones REIT ETF | A | Dividend | | | Buy | 08/18/14 | J | | |
| 115. | | | | | Closed | 12/31/14 | J | | |
| 116. - SPDR SER TR | A | Dividend | | | Sold | 05/19/14 | K | C | |
| 117. - Sector SPDR - Financial Shs Ben Int | A | Dividend | | | Closed | 12/31/14 | K | | |
| 118. - Sector SPDR Trust Shs Ben Int Industrial | A | Dividend | | | Closed | 12/31/14 | K | | |
| 119. - Sector SPDR Trust Shs Ben Int Technology | A | Dividend | | | Closed | 12/31/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Wasatch Advisors Funds Inc Small Cap | | None | | | Sold | 08/13/14 | J | C | |
| 121. Brokerage Statement #18 (H) | | | | | | | | | |
| 122. - Raymond James Bank | | None | J | T | Open | 12/31/14 | J | | |
| 123. - Alger Capital Appreciation Instl Portfolio | | None | K | T | Open | 12/31/14 | K | | |
| 124. - AMG Southernsun US Equity | | None | K | T | Open | 12/31/14 | K | | |
| 125. - AMG Yacktman Focused | | None | K | T | Open | 12/31/14 | K | | |
| 126. - Artisan International Value fund Inv Shs | | None | K | T | Open | 12/31/14 | K | | |
| 127. -Causeway International Value Fund Investor Class | | None | J | T | Open | 12/31/14 | J | | |
| 128. - Columbia FDS SER TR Small Cap Value II FD CL A | | None | J | T | Open | 12/31/14 | J | | |
| 129. - Columbia FDS SER TR II Mass Select Large Cap Value | | None | L | T | Open | 12/31/14 | L | | |
| 130. -Cullen High Dividend Equity Fund | B | Dividend | K | T | Open | 12/31/14 | K | | |
| 131. - Ishares Core S&P Small Cap ETF | | None | K | T | Open | 12/31/14 | K | | |
| 132. - Ishares Trust Russell 1000 Growth Index | | None | K | T | Open | 12/31/14 | K | | |
| 133. - Ishares NASDAQ Biotechology Index Fd | | None | K | T | Open | 12/31/14 | K | | |
| 134. - Ishares Russell Mid Cap ETF | | None | K | T | Open | 12/31/14 | K | | |
| 135. - Ishares US Basic Materials | | None | K | T | Open | 12/31/14 | K | | |
| 136. - JPMorgan TR I Strategic Income Opptys | A | Dividend | M | T | Open | 12/31/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Lazard Emerging Markets Port Open SHS | | None | K | T | Open | 12/31/14 | K | | |
| 138. - Lord Abbett Short Duration Income Fund CL A | A | Dividend | L | T | Open | 12/31/14 | L | | |
| 139. - Managed Portfolio Ser Tortois MLP & Pipeline Fd Inv | | None | L | T | Open | 12/31/14 | L | | |
| 140. - Matthews Pacific Tiger Fund | | None | K | T | Open | 12/31/14 | K | | |
| 141. - Oakmark International Fund | | None | K | T | Open | 12/31/14 | K | | |
| 142. -Oppenheimer International Growth Fund- CL A | | None | L | T | Open | 12/31/14 | L | | |
| 143. PIMCO Income Fund Class D | A | Dividend | L | T | Open | 12/31/14 | L | | |
| 144. - SPDR Dow Jones REIT ETF | | None | J | T | Open | 12/31/14 | J | | |
| 145. - Sector SPDR - Financial Shs Ben Int | | None | K | T | Open | 12/31/14 | K | | |
| 146. - Sector SPDR Trust Shs Ben Int Industrial | | None | K | T | Open | 12/31/14 | K | | |
| 147. - Sector SPDR Trust Shs Ben Int Technology | | None | K | T | Open | 12/31/14 | K | | |
| 148. Brokerage Statement #19 (H) | | | | | | | | | |
| 149. - Raymond James Bank | | None | J | T | Open | 12/31/14 | J | | |
| 150. - Alger Capital Appreciation Instl Portfolio | | None | K | T | Open | 12/31/14 | K | | |
| 151. AMG Southernsun US Equity | | None | K | T | Open | 12/31/14 | K | | |
| 152. AMG Yacktman Focused | | None | K | T | Open | 12/31/14 | K | | |
| 153. - Artisan International Value Fund Inv Shs | | None | K | T | Open | 12/31/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Columbia FDS SER TR Small Cap Value II FD | | None | K | T | Open | 12/31/14 | K | | |
| 155. - Columbia FDS SER TR II MASS Select Large Cap Value | | None | L | T | Open | 12/31/14 | L | | |
| 156. - Cullen High Dividend Equity Fund | A | Dividend | K | T | Open | 12/31/14 | K | | |
| 157. - Oakmark International Fund | | None | K | T | Open | 12/31/14 | K | | |
| 158. -Ishares Russell Mid Cap ETF | | None | K | T | Open | 12/31/14 | K | | |
| 159. - Ishares Core S&P Small Cap | | None | J | T | Open | 12/31/14 | J | | |
| 160. - Ishares Trust Russell 1000 Growth Index | | None | K | T | Open | 12/31/14 | K | | |
| 161. - Ishares US Basic Materials | | None | K | T | Open | 12/31/14 | K | | |
| 162. - Ishares NASDAQ Biotechnology Index Fd | | None | K | T | Open | 12/31/14 | K | | |
| 163. -JPMorgan TR I Strategic Incm | A | Dividend | M | T | Open | 12/31/14 | M | | |
| 164. -Lazard Emerging Markets Port Open SHS | | None | K | T | Open | 12/31/14 | K | | |
| 165. - Lord Abbett Short Duration Income Fund | A | Dividend | L | T | Open | 12/31/14 | L | | |
| 166. - Managed Portfolio Ser Tortois MLP & Pipeline FD inv | | None | L | T | Open | 12/31/14 | L | | |
| 167. -Matthews Pacific Tiger Fund | | None | K | T | Open | 12/31/14 | K | | |
| 168. -Oppenheimer International Growth Fund-CL A | | None | L | T | Open | 12/31/14 | L | | |
| 169. - Payden Invt Group High Income Fd | A | Dividend | K | T | Open | 12/31/14 | K | | |
| 170. PIMCO Income Fund Class D | A | Dividend | K | T | Open | 12/31/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -SPDR Dow Jones REIT ETF | | None | K | T | Open | 12/31/14 | K | | |
| 172. - Sector SPDR Trust SHS Ben Int Industrial | | None | K | T | Open | 12/31/14 | K | | |
| 173. - Sector SPDR Trust SHS Ben Int Technology | | None | K | T | Open | 12/31/14 | K | | |
| 174. - Sector SPDR - Financial SHS BEn Int | | None | K | T | Open | 12/31/14 | K | | |
| 175. IRA #1 (H) | F | Dividend | J | T | | | | | |
| 176. - JPMorgan Money Market (X) | | | | | | | | | |
| 177. - Alger Capital Appreciation Instl Portfolio | | | | | Closed | 12/31/14 | K | | |
| 178. - AMG Southernsun US Equity (Formerly Northern LTS FD) | | | | | Buy (add'l) | 08/13/14 | J | | see note in part VIII |
| 179. | | | | | Closed | 12/31/14 | L | | |
| 180. - Artisan International Value Fund Inv Shs | | | | | Buy (add'l) | 01/02/14 | J | | |
| 181. | | | | | Closed | 12/31/14 | L | | |
| 182. - Baron Asset Fd I Opportunity Fund | | | | | Sold | 08/13/14 | K | D | |
| 183. - Blackrock Provident Instl FDS Tempfund | | | | | Sold | 12/31/14 | J | A | |
| 184. -Cullen High Dividend Equity Fund | | | | | Sold | 01/03/14 | K | D | |
| 185. -Columbia FDS SER TR Small Cap Value II Fd CL | | | | | Closed | 12/31/14 | K | | |
| 186. - Columbia FDS SER TR II Mass Select Large Cap | | | | | Closed | 12/31/14 | L | | |
| 187. - Doubleline FDS TR Total Return BD FD CL N | | | | | Sold (part) | 01/03/14 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Closed | 12/31/14 | L | | |
| 189. - Eaton Vance Mut FDS TR FLTG Rate FD CL A | | | | | Sold | 05/15/14 | L | A | |
| 190. - Oakmark International Fund | | | | | Buy (add'l) | 01/03/14 | K | | |
| 191. | | | | | Closed | 12/31/14 | L | | |
| 192. - Guggenheim Mid Cap Value | | | | | Sold | 08/13/14 | K | D | |
| 193. -Ishares Trust Russell 1000 Growth Index Fund | | | | | Closed | 12/31/14 | L | | |
| 194. - Ishares Russell Mid Cap ETF | | | | | Buy | 08/18/14 | K | | |
| 195. | | | | | Closed | 12/31/14 | K | | |
| 196. - Ishares Russell Trust 1000 Value ETF | | | | | Buy | 01/07/14 | L | | |
| 197. | | | | | Closed | 12/31/14 | L | | |
| 198. - Ishares US Basic Materials | | | | | Closed | 12/31/14 | K | | |
| 199. - Ishares NASDAQ Biotechnology Index Fd | | | | | Sold (part) | 01/07/14 | K | D | |
| 200. | | | | | Closed | 12/31/14 | K | | |
| 201. - Ishares Core S&P Small Cap ETF | | | | | Buy | 01/07/14 | K | | |
| 202. | | | | | Closed | 12/31/14 | K | | |
| 203. -Lazard Emerging Markets Port Open SHS | | | | | Closed | 12/31/14 | K | | |
| 204. - Lord Abbett Short Duration Income Fund CL A | | | | | Buy (add'l) | 01/03/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Closed | 12/31/14 | M | | |
| 206. - Managers AMG FDS | | | | | Sold | 01/07/14 | K | D | |
| 207. - Managed Portfolio Ser Tortois MLP & Pipeline Fd Inv | | | | | Closed | 12/31/14 | K | | |
| 208. -Manning and Napier Fund World Opportunities | | | | | Sold | 01/03/14 | J | B | |
| 209. -Matthews Pacific Tiger Fund Dividend Reinvested | | | | | Closed | 12/31/14 | K | | |
| 210. -Oppenheimer International Growth Fund-CL A | | | | | Closed | 12/31/14 | L | | |
| 211. -Oppenheimer International Bond Fund-CL A | | | | | Closed | 12/31/14 | K | | |
| 212. - Pimco Income Fund Class D | | | | | Buy | 01/03/14 | L | | |
| 213. | | | | | Buy (add'l) | 05/16/14 | L | | |
| 214. | | | | | Closed | 12/31/14 | M | | |
| 215. - Pimco Total Return Fund-CL A | | | | | Sold | 01/03/14 | K | A | |
| 216. - Pimco High Yield Fund-CL A | | | | | Closed | 12/31/14 | L | | |
| 217. - Reserve Fund Primary Fund Treasury Class | | | | | Redeemed | 12/10/14 | J | A | |
| 218. - Ridgeworth FDS Intermediate BD FD CL I | | | | | Sold | 01/03/14 | L | A | |
| 219. - Riverpark FDS TR Wedgewood FD Retail CL | | | | | Buy | 01/03/14 | K | | |
| 220. | | | | | Closed | 12/31/14 | K | | |
| 221. - SPDR DOW Jones REIT | | | | | Buy | 08/15/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Closed | 12/31/14 | K | | |
| 223.  - SPDR SER TR | | | | | Sold | 01/07/14 | L | D | |
| 224.  - Sector SPDR Trust SHS Ben Int Industrial | | | | | Closed | 12/31/14 | K | | |
| 225.  - Sector SPDR Trust SHS Ben Int Technology | | | | | Closed | 12/31/14 | K | | |
| 226.  - Sector SPDR - Financial SHS Ben Int | | | | | Closed | 12/31/14 | K | | |
| 227.  IRA #2 (H) | F | Dividend | J | T | | | | | |
| 228.  - JPMorgan Money Market (X) | | | | | | | | | |
| 229.  - Alger Capital Appreciation Instl Portfolio | | | | | Closed | 12/31/14 | K | | |
| 230.  - AMG Southernsun US Equity (Formerly Northern LTS FD) | | | | | Buy (add'l) | 08/13/14 | K | | see note in Part VIII |
| 231. | | | | | Closed | 12/31/14 | L | | |
| 232.  - Artisan International Value Fund Inv SHS | | | | | Buy (add'l) | 01/03/14 | J | | |
| 233. | | | | | Closed | 12/31/14 | L | | |
| 234.  -Baron Asset Fd I Opportunity Fund | | | | | Sold | 08/13/14 | K | E | |
| 235.  - Blackrock Provident Instl FDS Temfund | | | | | Sold | 12/31/14 | J | A | |
| 236.  -Cullen High Dividend Equity Fund | | | | | Sold | 01/03/14 | K | D | |
| 237.  -Columbia FDS SER TR Small Cap Value II FD CL A | | | | | Closed | 12/31/14 | K | | |
| 238.  - Columbia FDS SER TR II Mass Select Large Cap Value FD CL A | | | | | Closed | 12/31/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Doubleline FDS TR Total Return BD FD CL | | | | | Sold | 01/03/14 | M | A | |
| 240. - Eaton Vance MUT FDS TR | | | | | Buy (add'l) | 01/03/14 | K | | |
| 241. | | | | | Sold | 05/15/14 | L | A | |
| 242. - Oakmark International Fund | | | | | Buy (add'l) | 01/03/14 | K | | |
| 243. | | | | | Closed | 12/31/14 | L | | |
| 244. - Guggenheim Mid Cap Value | | | | | Sold | 08/13/14 | K | D | |
| 245. - Ishares Core S&P Small Cap ETF | | | | | Buy | 01/07/14 | K | | |
| 246. | | | | | Closed | 12/31/14 | L | | |
| 247. - Ishares Russell Mid Cap ETF | | | | | Buy | 08/18/14 | K | | |
| 248. | | | | | Closed | 12/31/14 | K | | |
| 249. - Ishares Russell 1000 Value | | | | | Buy | 01/07/14 | K | | |
| 250. | | | | | Closed | 12/31/14 | K | | |
| 251. - Ishares Trust Russell 1000 Growth Index Fd | | | | | Closed | 12/31/14 | L | | |
| 252. - Ishares U S Basic Materials ETF | | | | | Closed | 12/31/14 | L | | |
| 253. -Lazard Emerging Markets Port Open SHS | | | | | Closed | 12/31/14 | K | | |
| 254. - Lord Abbett Short Duration Income Fund CL A | | | | | Buy (add'l) | 01/03/14 | L | | |
| 255. | | | | | Buy (add'l) | 05/15/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Closed | 12/31/14 | M | | |
| 257. - Ishares NASDAQ Biotechnology Index Fd | | | | | Sold (part) | 01/07/14 | K | D | |
| 258. | | | | | Closed | 12/31/14 | K | | |
| 259. -Manning And Napier Fund World Opportunities Ser CL A | | | | | Sold | 01/03/14 | K | C | |
| 260. - Managers AMG FDS | | | | | Sold | 01/03/14 | L | D | |
| 261. - Managed Portfolio SER Tortois MLP & Pipeline Fd Inv | | | | | Closed | 12/31/14 | L | | |
| 262. -Matthews Pacific Tiger Fund Dividend Reinvested | | | | | Closed | 12/31/14 | K | | |
| 263. - Oppenheimer International Growth Fund CL A | | | | | Buy (add'l) | 01/03/14 | J | | |
| 264. | | | | | Closed | 12/31/14 | L | | |
| 265. - Oppenheimer International Bond Fund CL A | | | | | Closed | 12/31/14 | K | | |
| 266. - Pimco Income Fund Class D | | | | | Buy | 01/03/14 | M | | |
| 267. | | | | | Buy (add'l) | 05/15/14 | K | | |
| 268. | | | | | Closed | 12/31/14 | M | | |
| 269. - Pimco Total Return Fund CL A | | | | | Sold | 01/03/14 | L | A | |
| 270. - Pimco High Yield Fund-CL A | | | | | Closed | 12/31/14 | L | | |
| 271. - Reserve Fund Primary Fund Treasury Class | | | | | Redeemed | 12/10/14 | J | A | |
| 272. - Ridgeworth FDS Intermediate BD FD CL I | | | | | Sold | 01/03/14 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Riverpark FDS TR Wedgewood FD Retail | | | | | Buy | 01/03/14 | K | | |
| 274. | | | | | Closed | 12/31/14 | K | | |
| 275. - SPDR Dow Jones REIT ETF | | | | | Buy | 08/15/14 | K | | |
| 276. | | | | | Closed | 12/31/14 | K | | |
| 277. - SPDR SER TR | | | | | Sold | 01/07/14 | K | D | |
| 278. - Sector SPDR Trust SHS Ben Int Industrial | | | | | Buy (add'l) | 01/07/14 | J | | |
| 279. | | | | | Closed | 12/31/14 | L | | |
| 280. - Sector SPDR Trust SHS Ben Int Technology | | | | | Buy (add'l) | 01/07/14 | J | | |
| 281. | | | | | Closed | 12/31/14 | L | | |
| 282. - Sector SPDR - Financial SS Ben Int | | | | | Closed | 12/31/14 | K | | |
| 283. Retirement Plan for Partners #4 (H) | E | Int./Div. | O | T | | | | | |
| 284. - FID Contrafund K | | | | | Buy | 12/31/14 | K | | |
| 285. - FID Growth Co K | | | | | Buy | 12/31/14 | K | | |
| 286. - FID Emerging Mkts K | | | | | Buy | 12/31/14 | J | | |
| 287. - Intl Equity Fund | | | | | Buy | 12/31/14 | J | | |
| 288. - MIP CL 2 | | | | | Buy | 12/31/14 | K | | |
| 289. - NB Kaminsky II | | | | | Buy | 12/31/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - NB Kaminsky III | | | | | Buy | 12/31/14 | K | | |
| 291. - TRP Inst SM CAP | | | | | Buy | 12/31/14 | K | | |
| 292. IRA # 5 (H) | None | P1 | T | | | | | | |
| 293. - Raymond James Bank | | | | | Open | 12/31/14 | J | | |
| 294. - Alger Capital Appreciation Instl Portfolio | | | | | Open | 12/31/14 | K | | |
| 295. -AMG Southernsun US Equity | | | | | Open | 12/31/14 | L | | |
| 296. - Artisan International Value fund Inv Shs | | | | | Open | 12/31/14 | L | | |
| 297. - Columbia FDS SER TR Small Cap Value II FD CL A | | | | | Open | 12/31/14 | K | | |
| 298. - Columbia FDS SER TR II Mass Select Large Cap Value | | | | | Open | 12/31/14 | L | | |
| 299. - Doubleline Total Return Bond Fund | | | | | Open | 12/31/14 | L | | |
| 300. - Ishares Core S&P Small Cap ETF | | | | | Open | 12/31/14 | K | | |
| 301. - Ishares Trust Russell 1000 Growth Index | | | | | Open | 12/31/14 | L | | |
| 302. -Ishares Trust Russell 1000 Value ETF | | | | | Open | 12/31/14 | L | | |
| 303. - Ishares NASDAQ Biotechology Index Fd | | | | | Open | 12/31/14 | K | | |
| 304. - Ishares Russell Mid Cap ETF | | | | | Open | 12/31/14 | K | | |
| 305. - Ishares US Basic Materials | | | | | Open | 12/31/14 | K | | |
| 306. -Lazard Emerging Markets Port Open SHS | | | | | Open | 12/31/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Lord Abbett Short Duration Income Fund CL A | | | | | Open | 12/31/14 | M | | |
| 308. - Managed Portfolio Ser Tortois MLP & Pipeline Fd Inv | | | | | Open | 12/31/14 | K | | |
| 309. - Matthews Pacific Tiger Fund | | | | | Open | 12/31/14 | K | | |
| 310. - Oakmark International Fund | | | | | Open | 12/31/14 | L | | |
| 311. -Oppenheimer International Growth Fund- CL A | | | | | Open | 12/31/14 | L | | |
| 312. -Oppenheimer Internation Bond Fund CL-A | | | | | Open | 12/31/14 | K | | |
| 313. - PIMCO High Yield Fund | | | | | Open | 12/31/14 | L | | |
| 314. - PIMCO Income Fund Class D | | | | | Open | 12/31/14 | M | | |
| 315. - Riverpark/Wedgewood Fund Retail CL | | | | | Open | 12/31/14 | K | | |
| 316. - SPDR Dow Jones REIT ETF | | | | | Open | 12/31/14 | K | | |
| 317. - Sector SPDR - Financial Shs Ben Int | | | | | Open | 12/31/14 | K | | |
| 318. - Sector SPDR Trust Shs Ben Int Industrial | | | | | Open | 12/31/14 | K | | |
| 319. - Sector SPDR Trust Shs Ben Int Technology | | | | | Open | 12/31/14 | K | | |
| 320. IRA #6 (H) | None | | P1 | T | | | | | |
| 321. - Raymond James Bank | | | | | Open | 12/31/14 | J | | |
| 322. - Alger Capital Appreciation Instl Portfolio | | | | | Open | 12/31/14 | K | | |
| 323. - AMG Southernsun US Equity | | | | | Open | 12/31/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Artisan International Value fund Inv Shs | | | | | Open | 12/31/14 | L | | |
| 325. - Columbia FDS SER TR Small Cap Value II FD CL A | | | | | Open | 12/31/14 | K | | |
| 326. - Columbia FDS SER TR II Mass Select Large Cap Value | | | | | Open | 12/31/14 | L | | |
| 327. - Ishares Core S&P Small Cap ETF | | | | | Open | 12/31/14 | L | | |
| 328. - Ishares Trust Russell 1000 Growth Index | | | | | Open | 12/31/14 | L | | |
| 329. -Ishares Trust Russell 1000 Value ETF | | | | | Open | 12/31/14 | K | | |
| 330. - Ishares NASDAQ Biotechology Index Fd | | | | | Open | 12/31/14 | K | | |
| 331. - Ishares Russell Mid Cap ETF | | | | | Open | 12/31/14 | K | | |
| 332. - Ishares US Basic Materials | | | | | Open | 12/31/14 | L | | |
| 333. -Lazard Emerging Markets Port Open SHS | | | | | Open | 12/31/14 | K | | |
| 334. - Lord Abbett Short Duration Income Fund CL A | | | | | Open | 12/31/14 | M | | |
| 335. - Managed Portfolio Ser Tortois MLP & Pipeline Fd Inv | | | | | Open | 12/31/14 | L | | |
| 336. - Matthews Pacific Tiger Fund | | | | | Open | 12/31/14 | K | | |
| 337. - Oakmark International Fund | | | | | Open | 12/31/14 | L | | |
| 338. -Oppenheimer International Growth Fund-CL A | | | | | Open | 12/31/14 | L | | |
| 339. - Oppenheimer International Bond Fund -CL A | | | | | Open | 12/31/14 | K | | |
| 340. - PIMCO High Yield Fund | | | | | Open | 12/31/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - PIMCO Income Fund Class D | | | | | Open | 12/31/14 | M | | |
| 342. - Riverpark/Wedgewood Fund Retail CL | | | | | Open | 12/31/14 | K | | |
| 343. - SPDR Dow Jones REIT ETF | | | | | Open | 12/31/14 | K | | |
| 344. - Sector SPDR - Financial Shs Ben Int | | | | | Open | 12/31/14 | K | | |
| 345. - Sector SPDR Trust Shs Ben Int Industrial | | | | | Open | 12/31/14 | L | | |
| 346. - Sector SPDR Trust Shs Ben Int Technology | | | | | Open | 12/31/14 | L | | |
| 347. College Access 529 Plan #2 (H) | None | | | | | | | | |
| 348. - Portfolio 005 | | | | | Closed | 12/11/14 | K | | |
| 349. College Access 529 Plan #3 (H) | None | | K | T | | | | | |
| 350. - Value Stock Index Portfolio | | | | | Buy | 12/11/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, page 5, line 18: the name of asset of "Ishares Core Total US Bd" was changed to "Ishares Core US Aggregate Bd".

2) Part VII, page 5, line 31; page 8, line 78; page 14, line 178; page 17, line 230: the name of asset of "Northern LTS FD TR Southernsun US Equity Fd" was changed to "AMG Southernsun US Equity".

3) Part VII, page 5, line 33; page 8, line 80: the name of asset of "Managers AMG FDS" was changed to "AMG Yacktman Focused".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brian M. Cogan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544